Ralph C. Teemley et al., Appellants, *v.* Warren W. Clute et al., Respondents.

(Argued December 10, 1935; decided January 8, 1936.)

*Arthur R. Ellison* for appellants.

*W. Earle Costello* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.